1104

No. 85–5893. NICKENS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 85–5894. TRIPLETT v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 85–5895. MICKENS v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–5896. RUBIN v. BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES (WESTERN ILLINOIS UNIVERSITY). C. A. 7th Cir. Certiorari denied.

No. 85–5897. REID v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–5898. ZURICA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5899. TRICHELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5903. BERNARD v. WARDEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–5904. DARWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5905. LEEK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–5910. PIERCE v. UNITED MINE WORKERS OF AMERICA WELFARE AND RETIREMENT FUND FOR 1950 AND 1974 ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–5916. SMITH v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 85–5941. HANRAHAN v. WELBORN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–5942. COTTON v. FEDERAL LAND BANK OF COLUMBIA. Sup. Ct. Ga. Certiorari denied.